

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00022-CV

**IN THE MATTER OF P.A.R.**, a Juvenile

From the County Court at Law, Medina County, Texas
Trial Court No. 1753
Honorable Vivian Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

Costs are assessed against the party that incurred them.

SIGNED June 3, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice